A. J. Sutkus, appellee, v. Theodore Walter, appellant. Gen. No. 36,098.

Heard in the second division of this court for the first district at the June term, 1932. Opinion filed November 22, 1932.

Herr & Callahan, for appellant; William E. Herr, of counsel. Cirese & Cirese and Joseph A. Jadrich, for appellee; Robert Finke, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

E. Theodore Nordgren, appellee, v. Sterling Casualty Insurance Company, appellant. Gen. No. 36,110.

Heard in the second division of this court for the first district at the June term, 1932. Opinion filed November 22, 1932.

Arkin, Berman & Marks, for appellant; Francis J. Higgins, of counsel. Dosland, Connor & Mayfield, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Union Bank of Chicago, as trustee, appellee, v. Bernard Malter et al., defendants. Bernard Malter, appellant. Gen. No. 36,161.

Heard in the second division of this court for the first district. Opinion filed November 22, 1932. Rehearing denied December 3, 1932.

Rubenstein & Becker, for appellant; Harry Becker, of counsel. Kirkland, Fleming, Green & Martin and Merle E. Finch, for appellee; Vernon M. Welsh and William H. Symmes, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Emil Mueller, appellee, v. Carl Poch et al., defendants. Walter F. Walsh, appellant. Gen. No. 36,210.

Heard in the second division of this court for the first district. Opinion filed November 22, 1932.

Alexander W. Jamieson and Louis Greenburg, for appellant. Leopold Saltiel, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

First Union Trust and Savings Bank, as trustee, appellee, v. Lillian Jorjorian et al., appellants. Gen. No. 36,423.

Heard in the first